## EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Express Scripts, Inc., )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>MP Biomedicals, LLC )<br>)<br>Defendant. )<br>) | Case No. 4:05CV0124HEA |

## STIPULATION OF DISMISSAL

Plaintiff Express Scripts, Inc., and Defendant MP Biomedicals, LLC, by and through their attorneys, hereby inform the Court that this matter has been compromised and settled, and stipulate and agree that plaintiff's Complaint should be dismissed without prejudice, with each party bearing its own costs and attorneys' fees.

SO ORDERED.

Dated: St. Louis, Missouri

_____, 2005

_____

Stipulated and Agreed to by:

By: /s/
David A. Roodman, # 5116
Roxana Wizorek, 86277
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
Phone :314-259-2000
Fax :        314-259-2020
rwizorek@bryancave.com

Attorneys for Plaintiff
Express Scripts, Inc.

By: /s/
Robert D. Fish
Rutan & Tucker LLP
611 Anton Boulevard
Suite 1400
Costa Mesa, California   92626-1931
Phone: (714) 641-5100
Fax:    (714) 546-9031
rfish@rutan.com

Attorneys for Defendant
MP Biomedicals, LLC

2